GLOBE METALLURGICAL, INC., Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellee,

and

Datong Jinneng Industrial Silicon Co., Inc., Jiangxi Gangyuan Silicon Industry Company, Ltd., Shanghai Jinneg International Trade Co., Ltd., Defendants–Appellants.

No. 2009–1436.

United States Court of Appeals, Federal Circuit.

Feb. 23, 2010.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

David GALLOWAY, Petitioner,

v.

DEPARTMENT OF AGRICULTURE, Respondent.

No. 2009–3274.

United States Court of Appeals, Federal Circuit.

Feb. 23, 2010.

David Galloway, Tallahassee, FL, for Petitioner.

Jessica R. Toplin, Department of Justice, Washington, DC, for Respondent.

*ORDER*

On December 29, 2009 the court issued an order allowing David Galloway ("Galloway") 21 days to pay the docketing fee and file a Fed. Cir. R. 15(c) statement concerning discrimination. Galloway has failed to comply.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.